**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Civil Action No. 09-cv-00437 (PJH) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| THE CALIFORNIA DEPARTMENT OF TRANSPORTATION | |
| Defendant. | |

**[~~PROPOSED~~] ORDER**

The Court having considered the parties Stipulation to Set Briefing Schedule and Reschedule Case Management Conference, IT IS HEREBY ORDERED:

1. The Court adopts the following schedule relating to the California Department of Transportation's ("CalTrans") motion to dismiss the United States' claims:

    CalTrans' Motion Due:  April 15, 2009

    United States' Response Due:  May 13, 2009

    CalTrans' Reply Due:  May 27, 2009

    Hearing Date: June 17, 2009.

2. The Court hereby postpones the Case Management Conference and other deadlines established in its Order Setting Case Management Conference until after June 17, 2009, and that such deadlines be set at said hearing.

Dated: 4/8/09

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton