1  JOHN C. CRUDEN
2  Acting Assistant Attorney General
   Environment and Natural Resources Division
3  U.S. Department of Justice
   BRADLEY R. O'BRIEN (CA 189425)
4  DAVIS H. FORSYTHE
   Trial Attorneys
5  Environmental Enforcement Section
6  Environment and Natural Resources Division
7  United States Department of Justice
   601 D. Street, N.W.
8  Washington, D.C.  20004
9  Tel.: (202)616-6528
   Fax: (202)514-2583
10 Email: brad.obrien@usdoj.gov
11       davis.forsythe@usdoj.gov

12 Attorneys for Plaintiff United States

13           UNITED STATES DISTRICT COURT
14          NORTHERN DISTRICT OF CALIFORNIA
               SAN FRANCISCO DIVISION
15

16 ─────────────────────────────────
17 THE UNITED STATES OF AMERICA,       )   Civil Action No. 09-cv-00437 (PJH)
                                       )
18           Plaintiff,                )   **DECLARATION OF**
                                       )   **ROBERT M. LEWIS IN SUPPORT**
19           vs.                       )   **OF PLAINTIFF'S MEMORANDUM**
                                       )   **IN SUPPORT OF MOTION FOR**
20                                     )   **PARTIAL SUMMARY JUDGMENT**
21 THE CALIFORNIA DEPARTMENT OF        )   DATE:      July 15, 2009
   TRANSPORTATION,                     )   TIME:      9:00 a.m.
22                                     )   CTROOM:  5
           Defendant.                  )   JUDGE:    Hon. Phyllis J. Hamilton
23 ─────────────────────────────────  )
24
25
26
27
28
       Declaration of Robert M. Lewis in Support of Motion for Partial Summary Judgment
                         Case No. 3-09-CV-00437·     (PJH)

1

## DECLARATION OF ROBERT M. LEWIS

2
    I, Robert Lewis, declare the following:

3  1.    I am the Senior Trial Attorney in the Litigation Branch of the U.S. Army's Environmental

4
    Law Division. I have been in this position since April 13, 1998. I have been responsible

5
    all environmental legal matters associated with the Presidio of San Francisco since that

6
    date. I coordinated the Army's efforts to have the California Department of

7
    Transportation respond to the contamination and/or damage to Mountain Lake on the

8
    Presidio of San Francisco. A true and correct copy of the 1938 Agreement is attached as

9
    Attachment 1.

10  2.    The Army assumed control of the Presidio in 1846 and maintained it as a functional

11
    Army installation until 1994 when jurisdiction over the Presidio was transferred to the

12
    United States National Park Service.

13  3.    The Army, Navy, and Marine Corps were established in 1775, in concurrence with the

14
    American Revolution. The War Department was established in 1789, and was the

15
    precursor to what is now the Department of Defense. The Department of the Navy, was

16
    founded in 1798. Congress, via the National Security Act of 1947, established a civilian,

17
    department-level Secretary of Defense to oversee an also newly created National Military

18
    Establishment. The U.S. Air Force was also created, along with a new Department of the

19
    Air Force. The War Department was converted to the Department of the Army. Finally,

20
    the three services, Army, Navy, and Air Force, were placed under the direct control of the

21
    new Secretary of Defense. In 1949, an amendment to the Act consolidated further the

22
    national defense structure, creating what we now know as the Department of Defense,

23
    and withdrawing cabinet-level status for the three Service secretaries. Therefore, the

24
    United States Department of War is now the United States Department of Defense and

25
    the United States Secretary of War is now the United States Secretary of Defense.

26  4.    In an April 19, 2007 letter, the United States Army notified the California Attorney

27

28

1    General's Office, the California Transportation Commission and the California
2    Department of Transportation of the United States' claim pursuant to the 1938 Agreement
3    as a result of the contamination or damages caused to Mountain Lake by the construction,
4    operation or maintenance of Park Presidio Boulevard.  A true and correct copy of the
5    April 19, 2007 letter is attached as Attachment 2.
6    5.    In a May 2, 2007 letter, the Director of the California Department of Transportation
7         informed the United States Army that the State of California Department of
8         Transportation would expeditiously complete its analysis relating to the contamination of
9         Mountain Lake and attempt to work toward a mutually agreeable resolution.  A true and
10        correct copy of the May 2, 2007 letter is attached as Attachment 3.
11   6.    In an April 18, 2008 letter, the United States Army renewed its demand upon the
12        California Attorney General and the Chairman of the California Transportation
13        Commission that the State of California comply with the 1938 Agreement, take measures
14        to avoid further damage to Mountain Lake, comply with the indemnity requirements of
15        the 1938 Agreement, and remediate Mountain Lake.  The United States Army also
16        described that the overflow pipeline system for Mountain Lake was negatively impacting
17        Lobos Creek.  A true and correct copy of the April 18, 2008 letter is attached as
18        Attachment 4.
19
20        I declare under penalty of perjury that the foregoing is true and correct to the best of my
21   knowledge and belief.
22
23        Executed this _3rd_ day of June 2009, in San Francisco, California.
24
25
26                                    ROBERT M. LEWIS
27
28                   **Declaration of Robert M. Lewis in Support of Motion for Partial Summary Judgment**
                                          **Case No. 3-09-CV-00437    (PJH)**
                                                - 3 -

# ATTACHMENT 1
## TO
## DECLARATION OF ROBERT M. LEWIS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

# Exhibit A

# The 1938 Agreement

COMPLAINT

WHEREAS by Section 6 of the act of Congress approved July 5, 1884 (23 Stat. 104), it is provided, inter alia, That "The Secretary of War shall have authority, in his discretion, to permit the extension of State, county and Territorial roads across military reservations; to permit the landing of ferries, the erection of bridges thereon; *** whenever in his judgment the same can be done without injury to the reservation or inconvenience to the military forces stationed thereon;" and,

WHEREAS the State of California has made application to the Secretary of War for permission to extend an approach road (to be known as the Funston Avenue Approach) on the Presidio of San Francisco Military Reservation, California, from the southerly boundary thereof, to and connecting with the existing Marina approach to the Golden Gate Bridge, constructed under a permit granted by the Secretary of War to the Golden Gate Bridge and Highway District on February 13, 1931, as amended;

NOW, THEREFORE, the SECRETARY OF WAR, pursuant to the authority in him vested by the act of Congress above cited, hereby grants unto the STATE OF CALIFORNIA a right of way for the extension, maintenance and operation of a state road (known as the Funston Avenue approach) on the PRESIDIO OF SAN FRANCISCO MILITARY RESERVATION, California, the center line of which is shown on the survey plan of the Division of Highways, Department of Public Works, State of California, a photostat of said plan being attached hereto and made a part hereof, marked "Exhibit A", entitled "Proposed Right of Way for the State Highway in United States Military Reservation, Presidio of San Francisco for Connection to Golden Gate Bridge," and which center line is described as follows:

"L" Line:- COMMENCING at the point of intersection of the center line of the said Division of Highways' survey for the said State Road with the southerly line marked "U. S. Military Reservation" on said Exhibit "A", said point of commencement being Engineer's Station "L" 7/21.37 P.O.C. of said Division of Highways survey, and distant along said southerly line S. 75° 58' 48" W., as established by said Division of Highways survey, 6.71 feet from a concrete monument marking the southeasterly corner of said tract; thence from a tangent that bears N. 17° 23' 42" E., along a curve

-1-

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES

File
Documents GG Bridge &
Hwy District - Permits
& Right of Way

ADPWEMR-14 Nov 1

to the right having a radius of 2000 feet through an angle of 15° 18' 34" a distance of 465.42 feet to Engineer's Station 11/84.79 E.C. the long chord of which curve bears N. 24° 01' 59" E. 462.39 feet, deflecting 6° 39' 17" to the right from the last mentioned tangent, said long chord deflects 51° 55' 47" to the left from the southerly line of said tract of land; thence N. 30° 40' 16" E., 783.06 feet to Engineer's Station 19/67.85 B.C.; thence tangent to the last mentioned course along a curve to the left having a radius of 1500 feet, through an angle of 29° 50' a distance of 781.03 feet to Engineer's Station "L" 27/48.88 E.C. the long chord of which curve bears N. 15° 45' 16" E., 772.24 feet deflecting 14° 55' to the left from the last mentioned tangent; thence N. 0° 50' 16" E., 5320.42 feet to Engineer's Station "L" 60/69.30 P.O.T., excepting that portion of the right of way within the U. S. Marine Hospital Reservation, San Francisco, California, more particularly described as follows:  Beginning at a concrete monument marking the southeasterly corner of the U. S. Marine Hospital reservation and running thence (1) S. 75° 58' 46" W., 53.41 feet, along the southerly boundary line thereof, to a point in a curve concave easterly, having a radius of 2,040 feet and a central angle of 13° 57' ' 34", the tangent to curve at said point bearing N. 16° 42' 48" N; thence (2) along the arc of said curve 497.02 feet to the point of tangency, the bearing and length of long chord being N. 25° 41' 29" E., 495.79 feet; thence (3) N.30° 40' 16" E., 86.83 feet, to a point in the easterly boundary line of the said U. S. Marine Hospital reservation; thence (4) along said easterly boundary line the following four courses: S. 5° 07' 14" E. 108.31 feet; to a concrete monument; S. 42° 43' 48" W. 69.00 feet, to a point; S. 27° 24' 46" W. 174.00 feet, to a point; N. 19° 29' 46" W. 281.40 feet, to the point of beginning, the tract excepted containing an area of five hundred sixty-five thousandths (0.565) of an acre.

"Y₁ Line: - COMMENCING at Engineer's Station "Y₁" 60/69.30 P.O.T. of said Division of Highways' survey, distant S. 89° 09' 44" E., 11.00 feet from said Engineer's Station "L" 60/69.30 P.O.T.; thence along said center line as follows: N. 0° 50' 16" E., 468.74 feet to Engineer's Station "Y₁" 65/38.04 B.C.; thence tangent to the last mentioned course, along a curve to the left having a radius of 514 feet through an angle of 77° 03' 30" a distance of 691.29 feet to Engineer's Station "Y₁" 72/29.33 E.C., the long chord of which curve bears N. 37° 41' 29" W., 640.55 feet deflecting 38° 31' 45" to the left from the last mentioned tangent; thence N. 76° 13' 14" W., 420.00 feet to Engineer's Station "Y₁" 76/49.33 B.C., thence tangent to the last mentioned course along a curve to the right having a radius of 500 feet through an angle of 35° 55' 55", a distance of 313.57 feet to Engineer's Station "Y₁" 79/63.90 E.C., the long chord of which curve bears N. 58° 15' 16" W., 308.45 feet deflecting 17° 57' 58" to the right from the last mentioned tangent, said Engineer's Station "Y₁" 79/62.90 E.C. being distant N. 49° 42' 41" E., 20.00 feet from Engineer's Station 15/96.56 of the Golden Gate Bridge and Highway District's survey of the Marina approach constructed under a permit granted by the Secretary of War to the Golden Gate Bridge and Highway District on February 13, 1931, as amended;

"Y₂" Line: - COMMENCING at Engineer's Station "Y₂" 60/69.30 B.C. of said Division of Highways' survey distant N. 89° 09' 44" W., 11.00 feet from Engineer's Station "L" 60/69.30 P.O.T.; thence along said center line as follows:  from a tangent that bears N. 0° 50' 16" E., along a curve to the left with a radius of 800 feet through an angle of 65° 34' 30", a distance of 929.56 feet to Engineer's Station "Y₂" 69/98.86 E.C., the long chord of which curve bears N. 32° 26' 59" W., 878.14 feet, deflecting 33° 17' 15" to the left from the last mentioned tangent, said Engineer's Station "Y₂" 69/98.86 E.C. being distant S.24°

-2-

File
Document . G. G. Bridge
Hwy District. Permits
+ Right of Way        AD PWE M R - 14 Box 1.

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES

15' 46" W., 20.00 feet from Engineer's Station 21/51.61 P.O.C. of said
Golden Gate Bridge and Highway District's survey;

"Y₅" Line: - COMMENCING at Engineer's Station "Y₅" 0/00 B.C.
of said Division of Highways' survey, being identical with Engineer's
Station "Y₁" 52/45.02 P.O.T. of said survey; thence along said center
line as follows:  from a tangent that bears N. 0° 50' 16" E., along a
curve to the right having a radius of 800 feet through an angle of
104° 47' 15", a distance of 548.67 feet to Engineer's Station "Y₅"
5/48.67 E.C., the long chord of which curve bears N. 53° 13' 53" E.,
475.33 feet, deflecting 53° 23' 57" to the right from the last men-
tioned tangent, said Engineer's Station "Y₅" 5/48.67 E.C. being dis-
tant S. 15° 37' 31" W., 20.00 feet from Engineer's Station 30/44.70
P.O.T. of said Golden Gate Bridge and Highway District's survey;

"Y₆" Line: - COMMENCING at Engineer's Station "Y₆" 0/22.07
of said Division of Highways' survey, distant N. 15° 37' 31" E., 20.00
feet from Engineer's Station 25/52.77 P.O.T. of said Golden Gate
Bridge and Highway District's survey; thence along said center line
as follows:  from a tangent that bears N. 74° 22' 39" W., along a
curve to the right having a radius of 150 feet through an angle of
57° 45' 09", a distance of 151.34 feet to Engineer's Station "Y₆"
1/73.41 P.R.C., the long chord of which curve bears N. 45° 39' 54"
W., 144.91 feet, deflecting 28° 53' 06" to the right from the last
mentioned tangent; thence from a tangent that bears N. 16° 56' 20" W.,
along a curve to the left having a radius of 150 feet through an
angle of 225' 35' 10", a distance of 595.57 feet to Engineer's Station
"Y₆" 7/71.98 P.R.C., the long chord of which curve bears S. 49° 04'
35" W., 275.38 feet, deflecting 114° 19' 05" to the left from the last
mentioned tangent; thence from a tangent that bears S. 65° 14' 30" E.,
along a curve to the right having a radius of 500 feet through an
angle of 49° 12' 01", a distance of 420.53 feet to Engineer's Station
"Y₆" 11/92.51 E.C., the long chord of which curve bears S. 41° 08' 30"
E., 408.35 feet, deflecting 24° 05' 00"  to the right from the last
mentioned tangent; said Engineer's Station "Y₆" 11/92.51 E.C. being
identical with Engineer's Station "Y₅" 45/15.54 P.O.C. of said Division
of Highways' survey.

The limits of the right of way for the said Funston Avenue approach, in lieu of

those shown on the said attached plan, shall be the toe of slope in cut and top

of embankment in fill; the retaining walls parallel to center line at tunnel

approaches; the exterior walls of tunnel at the road grade; and the outer

railing on top of viaducts; Provided that the width of said right of way shall

in no event exceed eighty (80) feet, nor shall said right of way include any

part of the U. S. Marine Hospital Reservation, San Francisco, California,

which is excepted above.   After completion, the lands over said tunnel and

those under viaducts not occupied by support pillars, and such slopes as are

shown on the said attached plan or as may be approved by the authorized

representative of the Secretary of War, shall be under military control and be

used for military purposes.

-3-

File
Documents, G.G. Bridge &
Army District - Permits:
Right of way

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES

THIS PERMIT is granted subject to the following provisions and conditions:

1. That no work of any kind shall be commenced until the permittee has submitted to and the authorized representative of the Secretary of War has approved evidence that sufficient funds are available to the permittee to complete the entire project.

2. That the construction work shall be performed substantially in accordance with the plan attached hereto and made a part hereof, marked "Exhibit B", entitled "Proposed Location of a State Highway in United States Military Reservation Presidio of San Francisco for connection to Golden Gate Bridge, sheet No. 1:""Provided that the center line and limits of right of way shown on Exhibit "B" shall be in accordance with the center line and limits of right of way as above described. Detail drawings showing proposed construction shall be submitted to and approved by the authorized representative of the Secretary of War prior to commencement of work, and there shall be no deviation without his approval.

3. That the 1500-foot tunnel shown on said Exhibit "B" shall be constructed by the cut and cover method. During the construction, earth removed for the tunnel may be stored in the area south of the tunnel south of Washington Boulevard and generally west of Park Boulevard, and at such other places as the authorized representative of the Secretary of War may approve. The tunnel shall be constructed expeditiously so that the earth, with its resultant unsightly appearance, will not be stored any longer than reasonably necessary. Immediately upon completion of the tunnel structure the permittee shall, at its expense, carefully replace the earth over the tunnel portion of the right of way in accordance with Sections 13 (s) and 13 (t), "Standard Specifications, State of California, Department of Public Works, Division of Highways, January, 1935", making suitable allowance for shrinkage, and shall, at its expense, promptly remove any surplus earth from the areas on which stored, repair any damage done, clean up said areas and replant them and the backfilled surface of the tunnel, with vegetation similar to growths adjacent thereto, to the satisfaction of the authorized representative of the Secretary of War, and shall maintain said replanting until growth is fully established.

4. During construction, the permittee shall provide suitable temporary roads or detours to prevent the interruption by its operations of traffic on post roads. Upon completion of said approach road, said temporary roads or detours as well as the old sites of post roads which are relocated or replaced as shown on said attached plan or as approved by the authorized representative of the Secretary of War, shall be obliterated, and the ground leveled, cleaned and replanted with vegetation, similar to that adjacent thereto, by the permittee at its expense to the satisfaction of the said authorized representative, and the permittee shall maintain said replanting until its growth is fully established.

5. That notwithstanding the retention for military use of the slopes of cuts and fills, the same shall be planted and main-

File
Documents - GG Bridge +
Hwy District - Permits +
Right of Way

ADPWENR.14 Bd-1

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES



tained by the permittee at its expense with vegetation similar to growths in the adjacent areas, or with ornamental vegetation approved by the authorized representative of the Secretary of War, to avoid marring the appearance of the reservation.

6. That, if a lighting system is installed and maintained by the permittee on said approach road, effective shields shall be placed on the lights to prevent them from shining into the windows of buildings on said reservation.

7. That the permittee shall, at its expense, by posting signs and other methods approved by the authorized representative of the Secretary of War, prevent the blowing of automobile horns and casting of refuse on the reservation, and shall, at reasonable intervals, remove refuse deposited on the said reservation from said road.

8. That the permittee shall, at its expense, provide the United States with three sets of officers' quarters complete with equipment, furniture and furnishings, heating apparatus, plumbing, electric wiring and fixtures, connect said quarters to utilities and post roads, and landscape the ground around them, all as may be directed by the authorized representative of the Secretary of War, who shall have full control over the location, design, specifications, method of procurement, performance of work, inspection and acceptance; provided that the permittee shall not be required to expend more than $50,000, exclusive of overhead expense, in the performance of this paragraph.

9. That the road herein authorized shall be constructed, operated and maintained without expense to the War Department.

10. That no tolls of any kind shall be charged or collected for passage on or over the said Funston Avenue approach or the right of way covered by this permit.

11. That this permit shall not be effective until the connections of the said Funston Avenue approach with the Marina approach and Lyon Street entrance constructed by the Golden Gate Bridge and Highway District under permit granted February 13, 1931, as amended, are formally approved and accepted by the said District.

12. That any and all construction under this permit affecting the reservation of the United States and the coast defenses of San Francisco shall be subject to the direction of the Secretary of War, or his authorized representative. If, in the opinion of the Secretary of War, or his authorized representative, any construction authorized hereunder shall now or hereafter tend to affect or impair the use of land or other property of the United States for national defense or other public purposes, the permittee shall, without expense to the War Department, make any change or changes in the topography of the land and any alteration, relocation, reconstruction or replacement of any existing post roads, buildings, wells, pipe lines, aerial or underground power or communication lines, or any other post utility, installation, facility or structure of whatever kind, that may to any degree be interfered with incident to the construction, operation and maintenance of said approach road, and the Secretary of War, or his authorized representative shall be the sole judge as to the

-5-

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES

File
Documents - G G Bridge +
Hwy District - Permits +
Right of Way    ADP WEMR-14 Box 1



character and extent of such work that may be necessary.
The permittee shall prepare and submit to the authorized
representative of the Secretary of War for his approval, plans
showing in detail the work which the Secretary of War, or his
authorized representative, requires to be performed. All such
work shall be performed by the permittee without expense to the
War Department in accordance with the plans approved, and to
the satisfaction of said authorized representative. Any gener-
ally any damage caused to property of the United States inci-
dent to the construction, operation or maintenance of said
road shall be promptly repaired by the permittee at its expense
to the satisfaction of the said authorized representative.

13. If, in the opinion of the Secretary of War, or his
authorized representative, military necessity requires it, he
shall have the right to take complete control over the road
herein authorized, and may regulate and control or suspend all
traffic thereon. For the purpose of conducting tactical exer-
cises of troops, the authorized representative of the Secretary
of War may suspend traffic on the road herein authorized while
the troops are crossing.

14. That no grade crossing shall be constructed at inter-
sections with other roads or railroads on the reservation with-
out the specific authority of the Secretary of War, or his au-
thorized representative.

15. That, without excluding other rights that the United
States may have as owner of the servient estate, the United
States hereby specifically reserves the right to make such con-
nections between the road herein authorized and other roads on
the reservation as the Secretary of War, or his authorized
representative, may at any time consider necessary. The ex-
pense of such connection will be borne by the permittee. The
United States also, without excluding other rights, specifically
reserves the right to construct in, on, along or across the
road herein authorized electric transmission, telephone and tele-
graph lines, either overhead or underground, and to lay in,
along or across said road water, gas, oil, gasoline and sewer pipe
lines. It is also understood and agreed that the permittee
will construct such culverts or other drainage facilities, as,
in the opinion of the Secretary of War, or his authorized repre-
sentative, shall be or become necessary to the proper use of the
reservation by reason of the construction of said road.

16. That the permittee shall construct and maintain non-
climbable fences, approved by the authorized representative of
the Secretary of War, at such times and such places, on both
sides of the said road, and across the overhead surface of
tunnel entrances, as may be directed by the Secretary of War,
or his authorized representative.

17. That no advertisements and no signs, other than
traffic and directional signs approved by the authorized repre-
sentative of the Secretary of War will be placed on the reser-
vation or the right of way.

18. That the United States shall not be responsible for
damages to property or injuries to persons upon said road, or
for damages to persons or property which may arise incident to

-6-

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES



the construction, maintenance or operation of said road, and the permittee shall save the United States harmless from any claims for such damages.

19.   That the rights herein granted shall be subject to such rules and regulations as may from time to time be prescribed by the Secretary of War, or his authorized representative, and subject also to any conditions which Congress may prescribe.

20.   That, in the event of failure, neglect or refusal of the permittee to perform or to complete any of the work on its part to be performed under the provisions and conditions of this permit, the Secretary of War or his authorized representative may cause the same to be done at the expense of the permittee.

21.   That the Commanding General, Ninth Corps Area, shall be the authorized representative of the Secretary of War in all matters pertaining to this permit; that his directions concerning matters in the permit shall be strictly and promptly carried out by the permittee, and that his decision in all matters relating to the permit shall, unless otherwise provided herein, be final.   The said representative of the Secretary of War is authorized to approve modifications of plans and details of plans found necessary in the progress of construction of said road.

22.   That this grant shall not be effective unless and until the State of California shall have made application to Congress for a retrocession of jurisdiction over the right of way covered by this grant during the life thereof, and shall have declared by legislative action that it will accept such retrocession of jurisdiction from the United States, and that it will make the highway covered by this permit a part of the public highways of the State of California, and that it will assume the responsibility for managing, controlling, policing and regulating traffic thereon, all subject to the following limitations and to such other limitations as Congress may impose:

    (1)   That all traffic upon said road shall be free from any tolls, charges or any form of obstruction by the State or other agencies.

    (2)   That whenever in the judgment of the Secretary of War, or his authorized representative, an emergency exists which justifies it, he may assume exclusive control and management of said road, and may then in his discretion prohibit, limit or regulate traffic thereon.   During the conduct of tactical exercises of troops, the said authorized representative may suspend traffic on said road while the troops are crossing.

WITNESS my hand and the seal of the War Department this 27th

day of _____July_____, 1935.

_____
    Secretary of War.

THIS PERMIT is accepted, subject to its provisions and conditions.

-7-

*File*
*Documents - L. B. Bridge &*
*Hwy District. Permit   HDPW&UR 141 Bex 1*
*+ Right of Way*

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES

this ___14th___ day of ___August___ 1939.

STATE OF CALIFORNIA

By: _____
Chairman of California Highway
Commission

-8-

 File
Documents - S F Bridge +
Hwy District - Permits +
Right of Way            ADPNEHR 14 Box 1

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES

RESOLVED, that that certain War Department Permit dated July 27, 1938, for the construction of the Funston Avenue approach through the Presidio of the San Francisco Military Reservation, California, subject to its provisions and conditions, is hereby accepted for and on behalf of the State of California, and H. R. Judah, Chairman of the California Highway Commission, is hereby empowered and directed to execute said acceptance in his capacity as such chairman, on behalf and in the name of the State of California.

19th        August,        38
Fresno

File
Documents - G.G. Bridge
Hwy District - Permits    ADPWEHR 14 Box 1
+ Right of Way

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES



STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC WORKS
DIVISION OF HIGHWAYS
PROPOSED RIGHT OF WAY
FOR THE STATE HIGHWAY
IN UNITED STATES
MILITARY RESERVATION
PRESIDIO OF SAN FRANCISCO
FOR CONNECTION TO GOLDEN GATE BRIDGE
SCALES AS SHOWN

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES



COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES

COPY
PLEASE CREDIT
NAT'L PARK SERVICE
GGNRA ARCHIVES

File
Documents - to Bridge
Hwy. District - Permits
+ Right of Way          ADPWEHR 14 box1

# ATTACHMENT 2
## TO
### DECLARATION OF ROBERT M. LEWIS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT



**DEPARTMENT OF THE ARMY**
OFFICE OF THE GENERAL COUNSEL
104 ARMY PENTAGON
WASHINGTON DC 20310-0104

APR 19 2007

The Honorable Edmund G. Brown, Jr.
Attorney General
California Department of Justice
1300 "I" Street
Sacramento, CA 95814-2919
Fax: (916) 323-5341

Re:     State Liability for Mountain Lake, Park Presidio Boulevard, San Francisco, California

Dear Mr. Attorney General:

The United States Army has been in discussions with representatives of the State of California relating to the Army's claim against the State, the California Transportation Commission, and the California Department of Transportation for contamination caused by the construction and operations of the Park Presidio Boulevard to Mountain Lake located in the Presidio in San Francisco, California. Persons that have participated in these discussions include Daniel Weingarten, Deputy Attorney, California Department of Transportation; Stacy Boulware-Eurie, Senior Assistant Attorney General, Government Law Section; and George Spanos, Deputy Attorney General, California Transportation Commission. Each of these State representatives has been invited to participate in a settlement meeting scheduled for April 24, 2007, and is being provided a copy of this letter.

The purpose of this letter is to notify the State that, in addition to other potential bases of liability, the State is also responsible and liable to the Army pursuant to a 1938 permitting agreement (the "1938 Agreement"), signed by representatives of the United States and the California Highway Commission, for any and all contamination or damages caused to Mountain Lake by the construction, operation and maintenance of Park Presidio Boulevard. A copy of the 1938 Agreement is enclosed.

This claim arises because the Presidio Trust has conducted studies indicating that Mountain Lake sediment contains lead, zinc, copper, and other hazardous substances in excess of applicable standards, and that this contamination is attributable to the construction, operation and maintenance of Park Presidio Boulevard. The Presidio Trust has made a claim against the Army for this contamination based in part upon the Army's previous ownership of the Presidio. Pursuant to the 1938 Agreement, to the extent the contamination was or is being caused by the construction, operation and/or maintenance of Park Presidio Boulevard, the State is responsible for this contamination. While the Army's claim relates to the entire 1938 Agreement, I would like to focus your attention on certain provisions of this agreement:

1

Paragraph 5, subparagraph 9 provides that "the road herein authorized [Park Presidio Boulevard] shall be constructed, operated and maintained without expense to the War Department [now the Department of Defense]."

Paragraph 5, subparagraph 12 provides that "[i]f, in the opinion of the Secretary of War [now the Secretary of Defense], or his authorized representative, any construction authorized hereunder shall now or hereafter tend to affect or impair the use of land or other property of the United States for national defense or other public purposes, the permittee shall, without expense to the War Department, make any change or changes in the topography of the land and any alteration, relocation, reconstruction or replacement of any . . . post utility, installation, facility or structure of whatever kind, that may to any degree be interfered with incident to the construction, operation and maintenance of said approach road [Park Presidio Boulevard]."

Paragraph 5, subparagraph 12 provides that "any damage caused to property of the United States incident to the construction, operation or maintenance of said road shall be promptly repaired by the permittee at its expense to the satisfaction of the said authorized representative [of the Secretary of War]."

Paragraph 5, subparagraph 15 provides that "[i]t is also understood and agreed that the permittee will construct such culverts or other drainage facilities, as, in the opinion of the Secretary of War, or his authorized representative, shall be or become necessary to the proper use of the reservation by reason of the construction of said road."

Paragraph 5, subparagraph 18 provides that "the United States shall not be responsible for damages to property or injuries to persons upon said road [Park Presidio Boulevard], or for damages to persons or property which may arise incident to the construction, maintenance or operation of said road, and the permittee shall save the United States harmless from any claims for such damages."

Paragraph 5, subparagraph 20 provides that "in the event of failure, neglect or refusal of the permittee to perform or to complete any of the work on its part to be performed under the provisions and conditions of this permit, the Secretary of War or his authorized representative may cause the same to be done at the expense of the permittee."

For these reasons, the Army requests that the State accept responsibility for any contamination caused to Mountain Lake as a result of the construction, operation and maintenance of Park Presidio Boulevard. The point of contact if you have any questions on the above is Robert M. Lewis. His phone number is (703) 696-1567 or e-mail him at robert.lewis@hqda.army.mil.

Sincerely,

Craig R. Schmauder
Deputy General Counsel
(Civil Works and Environment)

Enclosure:
1938 Agreement

cc:
The Honorable James C. Ghielmetti, Chairman, California Transportation Commission
Will Kempton, Director, California Department of Transportation
Stacy Boulware-Eurie, Senior Assistant Attorney General, Government Law Section
George Spanos, Deputy Attorney General, California Transportation Commission
Daniel Weingarten, Deputy Attorney, California Department of Transportation
Robert M. Lewis, Senior Trial Attorney, United States Army Environmental Law Division
Bradley O'Brien, Senior Attorney, United States Department of Justice
Davis Forsythe, Trial Attorney, United States Department of Justice

3

# ATTACHMENT 3

TO

DECLARATION OF ROBERT M. LEWIS IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT

STATE OF CALIFORNIA—BUSINESS, TRANSPORTATION AND HOUSING AGENCY                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF TRANSPORTATION**
OFFICE OF THE DIRECTOR
1120 N STREET
P. O. BOX 942873
SACRAMENTO, CA 94273-0001
PHONE (916) 654-5266
FAX (916) 654-6608
TTY 711



*Flex your power!*
*Be energy efficient!*

May 2, 2007

Craig R. Schmauder
Deputy General Counsel
Department of the Army
Civil Works and Environment
104 Army Pentagon
Washington, DC 20310-0104

Dear Mr. Schmauder:

In response to your letter dated April 19, 2007, representatives of the various interested parties met on April 24, 2007, to discuss the Department of the Army's (Army) claims of liability against the California Department of Transportation (Department) for contamination of Mountain Lake at the Park Presidio (Presidio).

The discussion at the meeting confirmed that this matter is both factually and legally complex. An extensive exchange of information will be necessary before the Army's claims can be fully analyzed and either accepted or rejected. It appears counsel from the Department of Justice recognized this concern when they proposed that the Department execute a Tolling Agreement until October 31, 2007, for the stated purpose of allowing "the parties to exchange information and to allow for full discussions in the hope that this situation could be resolved efficiently." In that spirit, the Department executed the Tolling Agreement on March 30, 2007.

I was pleased to hear that the April 24th meeting was very productive and that technical staff from all sides agreed to meet again in the coming months to further assess the factual basis of your claim. The underlying environmental documentation respecting the hazardous substance contamination at the Presidio is extensive and will require a reasonable period of time to review. Until that review is completed, the Department has no informed basis to concede that it is responsible or liable for contamination at the Presidio, or that the referenced 1938 Agreement creates a basis for liability.

The Department remains committed to continue the dialogue and to expeditiously complete its analysis. Department personnel will continue to work in conjunction with your representatives to gather, review and analyze available information. Thank you for your anticipated help and cooperation as we attempt to work toward a mutually agreeable resolution of this matter.

Sincerely,

WILL KEMPTON
Director

*"Caltrans improves mobility across California"*

# ATTACHMENT 4
## TO
## DECLARATION OF ROBERT M. LEWIS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT



DEPARTMENT OF THE ARMY
US ARMY LEGAL SERVICE AGENCY
901 NORTH STUART STREET
ARLINGTON VA 22203-1837

April 18, 2008



REPLY TO
ATTENTION OF
Environmental Law Division

The Honorable Edmund G. Brown, Jr.      The Honorable James C. Ghielmetti
Attorney General                        Chairman, California Transportation
California Department of Justice         Commission
P.O. Box 944255                          1120 "N" Street, Room 2221 (MS-52)
Sacramento, CA 94244-2550               Sacramento, CA  95814-5605
                                         Fax:  (916) 653-2134

      Re:    State Liability for Mountain Lake, Park Presidio Boulevard, San Francisco,
              California—Second Request for Work Performance under the 1938 Agreement

Dear Mr. Brown and Mr. Ghielmetti:

      On April 19, 2007, the United States Army notified the State of California that:

> In addition to other potential bases of liability, the State is also responsible and
> liable to the Army pursuant to a 1938 permitting agreement (the "1938
> Agreement"), signed by representatives of the United States and the California
> Highway Commission, for any and all contamination or damages caused to
> Mountain Lake by the construction, operation and maintenance of Park Presidio
> Boulevard . . . This claim arises because the Presidio Trust has conducted studies
> indicating that Mountain Lake sediment contains lead, zinc, copper, and other
> hazardous substances in excess of applicable standards, and that this
> contamination is attributable to the construction, operation and maintenance of
> Park Presidio Boulevard.

      The Army, joined by the Presidio Trust, renews this request for work performance under the
1938 Agreement.  The construction, operation and maintenance of Park Presidio Boulevard have
damaged and continue to damage Mountain Lake.  As of this date, the State of California has
failed to comply with the previous request from the authorized representative of the Secretary of
Defense that it remedy or pay for remediation of the damage caused to Mountain Lake by the
construction, operation and maintenance of Park Presidio Boulevard, take measures necessary to
avoid further damage to Mountain Lake, and indemnify the Army for claims made against it
arising incident to the construction, operation and maintenance of Park Presidio Boulevard.  The
State thus remains in material breach of the 1938 Agreement.

      In addition, the State's construction, operation and maintenance of an overflow pipeline
system for Mountain Lake (activity undertaken pursuant to the 1938 Agreement) has negatively
impacted water quality in Lobos Creek, a source of drinking water for the Presidio.  The
overflow pipeline system was constructed by the State of California to prevent Park Presidio
Boulevard from being undermined when Mountain Lake returned to natural levels.  This
overflow pipeline system channels water from the lake through hundreds of feet of pipe into the

- 2 -

City of San Francisco's public sewer system.  Segments of pipe within this pipeline system have surpassed their expected useable lifetime and are significantly cracked and/or compromised by root infiltration.  As a result, lake water released during scheduled releases and routine maintenance has the potential to be discharged through ruptured portions of the deteriorated overflow pipe system.  During recent large release events, these flows have eroded the slopes along Lobos Creek in the Presidio and ultimately raised the turbidity level of the creek.  The Presidio Water Treatment Plant uses Lobos Creek as its raw drinking water source.  During periods of heightened turbidity within the creek, the treatment plant's ability to meet drinking water quality regulatory requirements is compromised by the elevated turbidity levels.  In addition, elevated turbidity levels and contaminants from roadway runoff may have negative impacts on the stream's ecosystem.

The Presidio Trust has made numerous Transportation Enhancement Activities (TEA) grant requests for Mountain Lake-related projects, to include a project to repair the overflow pipeline system.  All of the Trust's TEA grant requests have been denied.

In addition to other provisions of the 1938 Agreement previously cited, pursuant to paragraph 15 of the 1938 Agreement, the State of California agreed to construct such culverts and drainage facilities as should become necessary, in the opinion of the authorized representative of the Secretary of Defense, to the proper use of the Presidio by reason of the construction of Park Presidio Boulevard.  The Army and the Presidio Trust believe that construction of such drainage facilities is necessary to prevent further damage to Lobos Creek.  To avoid further material breach of the 1938 Agreement, the Army, joined by the Presidio Trust, renews the request for repair of the Mountain Lake overflow pipeline system.

The Army and the Presidio Trust would prefer to continue discussions on work performance under the 1938 agreement with representatives of the State of California.  To provide adequate time to have any meaningful dialogue on this issue, both parties request that you sign the attached tolling agreement.  If you have questions concerning this matter, please contact the Department of Justice attorneys representing the Army and the Presidio Trust; Davis Forsythe at (202) 616-6528 or Brad O'Brien at (415) 744-6484.

Sincerely,

Allison A. Polchek
Colonel, U.S. Army
Chief, Environment Law Division

Karen A. Cook
General Counsel
The Presidio Trust

Attachment
Third Tolling Agreement