UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION,

    Defendant.

_____/

No. C 09-0437 PJH

**ORDER**

Plaintiff United States of America is hereby advised that the chambers copies of the Declaration of Davis H. Forsythe in support of the United States' opposition to defendant's motion for summary judgment (Doc. 71-1), and the Declaration of Bradley R. O'Brien in support of the United States' reply to defendants' opposition to the United States' motion for summary judgment (Doc. 68-1), are not in a format that is usable by the court, as each contains numerous exhibits that are not tabbed.  The court is unable to locate exhibits in a lengthy declaration if those exhibits are not tabbed.  The court will consider the contents of these declarations only if the United States provides usable copies within one week of the date of this order.

**IT IS SO ORDERED.**

Dated:  December 21, 2010

                                                            _____
                                                            PHYLLIS J. HAMILTON
                                                            United States District Judge