DAVIS H. FORSYTHE
BRADLEY R. O'BRIEN
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
601 D. Street, N.W.
Washington, D.C.  20004
Tel.: (202)616-6528
Fax: (202)514-2583
MA Bar No.: 667115
Email: davis.forsythe@usdoj.gov
       brad.obrien@usdoj.gov

Attorneys for Plaintiff the United States

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Civil Action No. 4-09-CV-00437-PJH |
| Plaintiff, | **STIPULATED AGREEMENT AND [PROPOSED] ORDER REGARDING DEFENDANT'S DEMAND FOR JURY TRIAL** |
| v. | |
| THE CALIFORNIA DEPARTMENT OF TRANSPORTATION, | |
| Defendant. | |

1. On February 2, 2011, the Court requested that the United States and the California Department of Transportation ("Caltrans") (jointly "Parties") seek to reach agreement as to which issues should be tried before a jury and which issues should be decided by the Court.  In response to the Court's request, the Parties stipulate as described below.  By entering into this stipulation and by including the below abbreviated description of the issues to be tried, the Parties do not admit facts or issues in dispute but rely upon their papers filed with the Court.

1

2. The Parties individually filed cross-motions for summary judgment that would resolve significant outstanding issues and at a minimum would reduce the scope of the issues to be discussed in pre-trial briefing and determined at trial scheduled to begin on May 2, 2011. The Court held oral argument on these motions on February 2, 2011. As set forth in their motions, the Parties believe that there is no dispute of material fact for the issues raised in their respective motions and thereby continue to request that the Court rule on the Parties' cross-motions for summary judgment.

3. To the extent issues are not resolved by the Parties' cross-motions for summary judgment, the Parties propose that the following issues be determined by a jury:

    a. Whether Caltrans breached the 1938 Agreement as alleged in the United States' Complaint, and any defenses related thereto as alleged in Caltrans' Answer to the United States' Complaint.

    b. A determination of compensable damages incurred by the United States as a result of any such breach by Caltrans.

4. To the extent issues are not resolved by the Parties' cross-motions for summary judgment, the Parties propose that the following issues be determined by the Court:

    a. The United States' request for declaratory relief, including declaratory judgment for future costs and liability associated with Mountain Lake, the Overflow Pipeline, and Park Presidio Boulevard.

    b. The United States' request for injunctive relief and the scope of such injunctive relief relating to Mountain Lake, the Overflow Pipeline, and Park Presidio Boulevard.

    c. Specific Performance under the 1938 Agreement.

    d. Interpretation and legal effect of the 1938 Agreement, to the extent such issues arise.

5. To the extent issues arise that are not addressed by this Stipulation, the Parties will seek further guidance from the Court.

6. The Parties hereby consent to entry of the foregoing Stipulation.

Respectfully submitted,

FOR PLAINTIFF THE UNITED STATES OF AMERICA:


Date:  February 8, 2011          /s/ Davis H. Forsythe

                                         Davis H. Forsythe
                                         Bradley R. O'Brien
                                         Trial Attorneys
                                         Environmental Enforcement Section
                                         Environment and Natural Resources Division
                                         United States Department of Justice
                                         601 D Street, N.W.
                                         Washington, D.C.  20004


FOR DEFENDANT THE CALIFORNIA DEPARTMENT OF TRANSPORTATION:


Date:  February 8, 2011          /s/ Janet Wong

                                         Janet Wong
                                         Deputy Attorney
                                         California Department of Transportation
                                         595 Market Street, Suite 1700
                                         San Francisco, CA  94105


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date:  2/9/11          _____
                                U.S. DISTRICT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*