BRADLEY R. O'BRIEN
DAVIS H. FORSYTHE
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
601 D. Street, N.W.
Washington, D.C. 20004
Tel.: (202)616-6528
Fax: (202)514-2583
MA Bar No.: 667115
Email: davis.forsythe@usdoj.gov
       brad.obrien@usdoj.gov

Attorneys for Plaintiff the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Civil Action No. 4-09-CV-00437-PJH<br><br>**STIPULATED AGREEMENT AND [PROPOSED] ORDER REQUESTING STAY AS A RESULT OF PARTIES REACHING AGREEMENT IN PRINCIPLE** |

1. The United States and the California Department of Transportation ("Caltrans") (jointly "Parties") have reached an agreement in principle that would resolve the instant litigation.

2. To allow the parties to draft a final agreement and to obtain approval of appropriate officials of the United States Department of Justice, the Presidio Trust, the United States Army, the California Department of Transportation, and the California Transportation Commission, the parties respectfully request a 120 day stay of this matter.

1

3. The Parties hereby consent to entry of the foregoing Stipulation.

Respectfully submitted,

FOR PLAINTIFF THE UNITED STATES OF AMERICA:

Date: 3/1/11

Bradley R. O'Brien
Davis H. Forsythe
Trial Attorneys
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street, N.W.
Washington, D.C. 20004

FOR DEFENDANT THE CALIFORNIA DEPARTMENT OF TRANSPORTATION:

Date: 3/1/11

Janet Wong
Deputy Attorney
California Department of Transportation
595 Market Street, Suite 1700
San Francisco, CA 94105

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 3/2/11

U.S. DISTRICT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*