BRADLEY R. O'BRIEN
DAVIS H. FORSYTHE
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
601 D. Street, N.W.
Washington, D.C. 20004
Tel.: (202)616-6528
Fax: (202)514-2583
MA Bar No.: 667115
Email: brad.obrien@usdoj.gov
       davis.forsythe@usdoj.gov

Attorneys for Plaintiff United States

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF TRANSPORTATION<br><br>Defendant. | Civil Action No. 4-09-CV-00437 PJH<br><br>**STIPULATED AGREEMENT AND [PROPOSED] ORDER REQUESTING EXTENSION OF STAY AS A RESULT OF UNAVAILABILITY OF COUNSEL AND TO FACILITATE NEGOTIATION OF A FINAL SETTLEMENT DOCUMENT** |

1. On March 2, 2011, the Court ordered a stay of litigation in this matter upon the Parties' request and joint stipulation to allow the Parties to draft a consent decree that would reflect the terms of their agreement in principle. [Docket No. 82]. Accordingly, the United States drafted and provided a proposed consent decree to the State of California Department of Transportation ("Caltrans"). The United States' proposed consent decree is currently under review by Caltrans.

2. However, Janet Wong, lead counsel for the Caltrans, has been out of the office since mid-April on an extended medical leave of absence following surgery, and has therefore been unable to meaningfully participate in settlement activities. Ms. Wong was originally scheduled to return to the office at the end of May, but learned at that time that she would not be able to return until early July.

3. To facilitate the Parties' continued efforts to reach agreement on a consent decree and obtain the approval of appropriate officials of the United States Department of Justice, the Presidio Trust, the United States Army, the California Department of Transportation, and the California Transportation Commission, the parties respectfully request an additional 90 day stay of this matter, through September 28, 2011.

4. The Parties hereby consent to entry of the foregoing stipulation.

Respectfully submitted,

FOR PLAINTIFF THE UNITED STATES OF AMERICA:

Date: June 10, 2011

Davis H. Forsythe
Bradley R. O'Brien
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street, N.W.
Washington, D.C. 20004

FOR DEFENDANT THE CALIFORNIA DEPARTMENT OF TRANSPORTATION:

Date: June 9, 2011

Derek Van Hoften
California Department of Transportation

*STIPULATION REQUESTING EXTENSION OF STAY*
*CASE NO. 04-09-CV-00437 PJH*

2

595 Market Street, Suite 1700
San Francisco, CA  94105

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 6/13/11

U.S. District Judge

*(Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Phyllis J. Hamilton)*