BRADLEY R. O'BRIEN
DAVIS H. FORSYTHE
Environmental Enforcement Section
United States Department of Justice
601 D. Street, N.W.
Washington, D.C.  20004
Tel.: (202)616-6528
Fax: (202)514-2583
MA Bar No.: 667115
Email: brad.obrien@usdoj.gov
       davis.forsythe@usdoj.gov

Attorneys for Plaintiff United States

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF TRANSPORTATION<br><br>Defendant. | Civil Action No. 4-09-CV-00437 PJH<br><br>**STIPULATED AGREEMENT AND [PROPOSED] ORDER REQUESTING EXTENSION OF STAY TO ALLOW FINAL APPROVALS TO BE OBTAINED** |

1.   On March 2, 2011, the Court ordered a 120 day stay of litigation in this matter upon the Parties' request and joint stipulation to allow the Parties to draft a consent decree that would reflect the terms of their agreement in principle. [Docket No. 82].  The United States then drafted and provided a proposed consent decree to the California Department of Transportation.

2. However, lead counsel for the California Department of Transportation could not meaningfully participate in settlement activities until early July because of an extended medical leave of absence following surgery. Accordingly, the Parties sought and the Court granted an extension of the stay [Docket No. 86].

3. The Parties have exchanged several draft agreements, held telephonic conferences, and participated in negotiation sessions in their efforts to fully resolve this action. Through these efforts, counsel for the Parties have completed the drafting of a consent decree that they are now recommending for approval to the appropriate government officials with authority to approve the settlement.

4. To facilitate the Parties' efforts to obtain the required approval of appropriate officials of the United States Department of Justice, the Presidio Trust, the United States Army, the California Department of Transportation, and the California Transportation Commission, the Parties respectfully request an additional stay of this matter through November 11, 2011.

5. The Parties hereby consent to entry of the foregoing Stipulation.

Respectfully submitted,

FOR PLAINTIFF THE UNITED STATES OF AMERICA:

Date: September 23, 2011        /s/ Bradley R. O'Brien_____
                                Bradley R. O'Brien
                                Davis H. Forsythe
                                Trial Attorneys
                                Environmental Enforcement Section
                                United States Department of Justice
                                601 D Street, N.W.
                                Washington, D.C.  20004

*STIPULATION REQUESTING EXTENSION OF STAY*
*CASE NO. 04-09-CV-00437 PJH*

1  FOR DEFENDANT THE CALIFORNIA DEPARTMENT OF
2  TRANSPORTATION:

4  Date: September 23, 2011       /s/Janet Wong_____
                                   Janet Wong
5                                  California Department of Transportation
6                                  595 Market Street, Suite 1700
                                   San Francisco, CA  94105

10 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13 Date: _9/27/11_____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

*STIPULATION REQUESTING EXTENSION OF STAY*
*CASE NO. 04-09-CV-00437 PJH*

3