# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF TRANSPORTATION,<br><br>Defendant. | Civil Action No. 4-09-CV-00437 PJH<br><br>[~~PROPOSED~~] ORDER TO ENTER CONSENT DECREE<br><br>Date:   February 15, 2012<br>Time:   9:00 a.m.<br>Judge:  Hon. Phyllis J. Hamilton<br>        Courtroom 3 |

### [~~PROPOSED~~] ORDER

For the reasons set forth in the United States' Motion to Enter Consent Decree and Memorandum of Law in Support thereof that was filed on January 10, 2012, and for good cause shown, the Consent Decree that was lodged on November 10, 2011 (Docket No. 89), is hereby ENTERED and shall constitute final judgment of the Court in this matter.

IT IS SO ORDERED.

DATED: 2/15/12

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*